73 A.3d 524

**Blandon EVERETT, Relator, Petitioner**

**v.**

**Jon FISHER, Respondent.**

**No. 61 EM 2013.**

Supreme Court of Pennsylvania.

Aug. 1, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 1st day of August, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**